COM.

v.

EBO, M.

92 WDA 2016

Superior Court of Pennsylvania.

06/21/2017

CP–02–CR–0002821–2012
(Allegheny)
Affirmed/Vacated/Remanded

COM.

v.

CRUMBLEY, T.

127 WDA 2016

Superior Court of Pennsylvania.

06/21/2017

CP–02–CR–0002820–2012, (Allegheny)
Affirmed

COM.

v.

BARONE, P.

232 WDA 2016

Superior Court of Pennsylvania.

06/21/2017

CP–02–CR–0006683–2013 (Allegheny)
Affirmed

COM.

v.

MITCHELL, K.

1098 WDA 2016

Superior Court of Pennsylvania.

06/21/2017

CP–02–CR–0014007–2015 (Allegheny)
Affirmed

JONES, D.

v.

JONES, E.

1519 WDA 2016

Superior Court of Pennsylvania.

06/21/2017

2011–3446
(Mercer)
Affirmed

IN INTEREST OF Z.P., minor,

Appeal of: L. and J.P.

1520 WDA 2016

Superior Court of Pennsylvania.

06/21/2017

CP–11–DP–004–2016 /FID, 11–FN–008–
2016 (Cambria)
Affirmed